

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-24-00485-CV

| | | |
|---|---|---|
| EGGWORTH, LLC, Appellant | § | On Appeal from County Court at Law |
| | § | No. 1 |
| V. | § | of Tarrant County (2023-009449-1) |
| | § | August 14, 2025 |
| CODY W. MOORE AND ALL OTHER OCCUPANTS, Appellees | § | Memorandum Opinion by Justice Walker |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in the trial court's judgment. It is ordered that the judgment of the trial court is reversed, and we render a judgment dismissing the case.

It is further ordered that appellant Eggworth, LLC shall bear the costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By /s/ Brian Walker
     Justice Brian Walker